388

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* TOMMY JOE JONES, Defendant-Appellant.

(No. 74-110;

Second District (1st Division)—March 24, 1975.

Opinion by Mr. JUSTICE GUILD.

Ralph Ruebner, of State Appellate Defender's Office, of Elgin, for appellant.

John J. Bowman, State's Attorney, of Wheaton (Malcolm F. Smith, Assistant State's Attorney, of counsel), for the People.

LEROY DOWELL, Plaintiff-Appellant, *v.* WILLIAM H. & NELSON CUNLIFF COMPANY, Defendant-Appellee.

(No. 74-181;

Fifth District—March 7, 1975.